FILED

2014 MAY -2 PM 4:07

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
____________ DIVISION

Dwight C. Holt Sr.
100 Valley View
Dickson Tn. 37055
**Name of Plaintiff**

v.

City of Dickson Police
201 South Main ST
Dickson Tn. 37055
**Name of Defendant(s)**

**Case No.** ____________
**(To be assigned by Clerk)**

**Jury Demand** ☐ **Yes** ☐ **No**

**COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Dwight C. Holt Sr., is a citizen of the United States and resides at 100 Valley View B-15 (Street address), Dickson (City), Dickson (County), Tenn (State), 37055 (Zip Code), 615-569-4221 (Telephone Number).

3. Defendant, City of Dickson Police Dept resides at, or its business is located at 202 South Main ST (Street address), Dickson (City), Dickson (County), Tenn (State), 37055 (Zip Code).

(If more than one Defendant, list the name and address of each additional Defendant)

Hydell Wesson City Manager

Johnny Chaumeier Chief of Police

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

_______________, _______________,
Street address City

_______________, _______________, _______________.
County State Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about May 14 2013.
Month Day Year

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about January 29 29 2014.
Month Day Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on February
Month

6th 2014, a copy of which Notice is attached.
Day Year

8. Because of Plaintiff's (1) Black race, (2) _______ color, (3) _______ sex, (4) _______ religion, (5) _______ national origin, the Defendant:

a.__________ failed to employ Plaintiff.

b.__X__ terminated Plaintiff's employment.

c.__________ failed to promote Plaintiff.

d.__________ retaliated against Plaintiff for having filed a charge of discrimination.

e.__________ other. Explain: ________________________________________.

9. The circumstances under which Defendant discriminated against Plaintiff were as follows:

Was quite often telling other officers I wasn't doing my job as far as answering calls. Other officers implying I was to old for police work.

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

a.__________ are still being committed by Defendant.

b.__X__ are no longer being committed by Defendant.

c.__________ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a.__________ direct that Defendant employ Plaintiff, or

b.__________ direct that Defendant re-employ Plaintiff, or

c.__________ direct that Defendant promote Plaintiff, or

d.__________ order other equitable or injunctive relief: __________________

______________________________________________________________________.

e.__________ direct that Defendant pay Plaintiff back pay in the amount of

________________________ and interest on back pay;

f.__________ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: ______________________________

______________________________________________________________________.

g.__________ direct that Defendant pay Plaintiff punitive damages in the amount of

___________________________ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

Dwight C. Holt Sr.
(Signature of Plaintiff)