IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DWIGHT C. HOLT, SR., | ) |
| Plaintiff, | ) |
| v. | ) No. 3:14-cv-01107 |
| CITY OF DICKSON POLICE DEPT. *et al.*, | ) Chief Judge Haynes |
| Defendants. | ) |

## ORDER

By Order entered May 14, 2014, the Court directed Plaintiff Dwight C. Holt, Sr. to submit, within 30 days, either the $400.00 filing fee or a complete and accurate amended application to proceed *in forma pauperis*. Plaintiff was also forewarned that failure to comply with the Court's instructions within the specified time period would result in dismissal of this action for failure to prosecute and failure to comply with Court Order. (Docket Entry No. 3.)

Substantially more than 30 days have now passed since entry of that Order, and Plaintiff has failed to submit the filing fee or an amended application to proceed *in forma pauperis*. Nor has he requested an extension of the deadline for doing so.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with Court Order and for want of prosecution.

It is so **ORDERED**.

ENTERED this the 1st day of July, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court