UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DWIGHT C. HOLT, SR. | ) | |
| | ) | |
| v. | ) | NO. 3:14cv1107 |
| | ) | CHIEF JUDGE HAYNES |
| CITY OF DICKSON POLICE DEPT., et al. | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/1/2014.

      KEITH THROCKMORTON, CLERK
      s/Tina M. Webster, Deputy Clerk